UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>    Plaintiff.<br><br>v.<br><br>BUTTERFLY EFFECT HOTELS, LLC,<br><br>    Defendant. | Case No. 20-cv-03139-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on August 28, 2020, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff shall appear on **September 25, 2020, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, by Zoom (Zoom Webinar 161 926 0804. Password: 050855), San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on August 28, 2020, for failure to prosecute, and for failure to comply with the Clerks Notice of July 10, 2020 [ECF 11]. A case management conference is also scheduled for **September 25, 2020**, **at 2:00 p.m.** This Order to Show Cause will be Expunged if the dismissal is filed before the Show Cause Hearing.

IT IS SO ORDERED.

Dated: September 2, 2020

_____
JOSEPH C. SPERO
United States Chief Magistrate Judge